UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 16-10202-NMG

SHAKA U. DYETTE, )
          Plaintiff )
V. )
 )
WILLIAM J. SHUGRUE, et al )
KURT S. DeMOURA, )
SCOTT W. BLACK, )
          Defendants )

## MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

I, shaka Dyette as the pro se plaintiff, in the above-captioned matter, I respectfully move this Honorable Court for permission to participate in electronic case filing (e-filing) in this matter. I hereby affirm that:

1. I have reviewed the requirements for e-filing & agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices & documents only by email in this case & not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

* A computer with internet access; an email account on a daily basis to receive notifications from the Court & notices from the e-filing system. A scanner to convert documents that are only in paper format into electronic files; * A printer or copier to create required paper copies such as chambers copies; * A word processing program to create documents; & * A PDF reader & a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

DATED: 12/12/16

RESPECTFULLY SUBMITTED
By the Plaintiff Pro Se,

/s/ *Shaka Dyette*
Shaka U. Dyette
1029-A McAlway Rd.
Charlotte, NC 28211
PH: (617)291-6876
Email: shawkvision@gmail.com

Motion allowed. /s/ NMGorton, USDJ 12/23/16